IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM OZAH,
D.O.C. #D64365,

    Plaintiff,

v.                                          4:20cv241–WS/MAF

OFFICER A. BENTO, et al.,

    Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed May 7, 2020. The magistrate judge recommends that the action be transferred to the Southern District of Florida. Plaintiff William Ozah has responded (ECF No. 5) to the report and recommendation, advising the court that he consents to the transfer of his case. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 4) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Southern District of Florida, Fort Pierce Division, for all further proceedings.

DONE AND ORDERED this ____27th____ day of ___May___, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE